**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS SOLID-STATE LIGHTING SOLUTIONS, INC.<br><br>    Plaintiffs,<br><br>  v.<br><br>NEXXUS LIGHTING, INC.<br><br>    Defendant. | CIVIL ACTION NO. 12-cv-10549 |

**JOINT STIPULATION OF DISMISSAL**

Plaintiffs Koninklijke Philips Electronics N.V. and Philips Solid-State Lighting Solutions, Inc. (collectively, "Philips") and Defendant/Counterclaimant Nexxus Lighting, Inc. ("Nexxus") hereby stipulate to dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear and pay its own costs and expenses in connection with this action.

Dated:  October 3, 2012

Respectfully submitted by Counsel,

**KONINKLIJKE PHILIPS ELECTRONICS N.V. AND PHILIPS SOLID-STATE LIGHTING SOLUTIONS, INC.**

**NEXXUS LIGHTING, INC.**

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
Daniel A. Lev (BBO No. 670958)
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142-1215
Telephone: (617) 452-1600
Facsimile: (617) 452-1666
E-mail: denise.defranco@finnegan.com

/s/ Victor H. Polk, Jr.
Victor H. Polk, Jr. (BBO # 546099)
Zachary C. Kleinsasser (BBO # 664291)
Greenberg Traurig LLP
One International Place
Boston, MA 02110
(617) 310-6000
polkv@gtlaw.com
kleinsasserz@gtlaw.com

**CERTIFICATE OF SERVICE**

I, Denise W. DeFranco, an attorney of record in this matter, certify that on October 3, 2012, I caused a copy of the foregoing document:

**JOINT STIPULATION OF DISMISSAL**

to be filed by electronic filing (ECF), which provides service to counsel of record by email.

/s/ Denise W. DeFranco
Denise W. DeFranco (BBO No. 558859)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
55 Cambridge Parkway
Cambridge, MA 02142-1215
Telephone: (617) 452-1600
Facsimile:  (617) 452-1666
E-mail:  denise.defranco@finnegan.com

**Attorney for Plaintiffs**
**KONINKLIJKE PHILIPS ELECTRONICS**
**N.V. AND PHILIPS SOLID STATE LIGHTING**
**SOLUTIONS, INC.**